UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 NOV -4  A 11: 53

| | |
|---|---|
| **MELVIN DONEGAL**<br>**Plaintiff** | :<br>: Case No. 3:03CV00528 (RNC)<br>: |
| v. | : |
| **CYTEC INDUSTRIES, INC.**<br>**Defendant** | :<br>: NOVEMBER 3, 2003<br>: |

## MOTION TO EXPAND TIME TO RESPOND TO DEFENDANT'S FIRST REQUEST FOR INTERROGATORIES AND PRODUCTION

By and through the undersigned counsel, the Plaintiff, Melvin Donegal respectfully requests that the Court allow up to and including December 9, 2003 to respond to the Defendant's Request for Interrogatories and Production dated October 9, 2003.

In support thereof, the Plaintiff offers the following:

1. Plaintiff Melvin Donegal is a resident of the State of Connecticut.

2. Plaintiff represents that the exercise of due diligence necessary to obtain the accurate and reliable information requested by the Defendant will require additional time. Therefore, Plaintiff requests additional time to provide Defendant with complete and accurate information regarding the request for Interrogatories and Production.

3. This is Plaintiff's first request for an extension.

WHEREFORE, the Plaintiff respectfully requests that the Court grant this Motion for Expansion of Time.

THE PLAINTIFF
Melvin Donegal

By_____
Eugene N. Axelrod (ct 00309)
The Employment Law Group, LLC
8 Lunar Drive
Woodbridge CT 06525
Tel: (203) 389-6526
Fax: (203) 389-2656

## CERTIFICATION

      This is to certify that a copy of the foregoing was sent postage prepaid, first class mail this 3rd day of November 2003 to following counsel of record:

Edward Richters, Esq.
Jennifer Tindall, Esq.
Jackson Lewis LLP
55 Farmington Avenue, Suite 1200
Hartford CT 06105

_____
Eugene N. Axelrod