UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MELVIN DONEGAL<br>Plaintiff | : | Case No. 3:03CV00528 (RNC) |
| v. | : | |
| CYTEC INDUSTRIES, INC.<br>Defendant | : | NOVEMBER 3, 2003 |

## MOTION TO EXPAND TIME TO RESPOND TO DEFENDANT'S FIRST REQUEST FOR INTERROGATORIES AND PRODUCTION

By and through the undersigned counsel, the Plaintiff, Melvin Donegal respectfully requests that the Court allow up to and including December 9, 2003 to respond to the Defendant's Request for Interrogatories and Production dated October 9, 2003.

In support thereof, the Plaintiff offers the following:

1. Plaintiff Melvin Donegal is a resident of the State of Connecticut.

2. Plaintiff represents that the exercise of due diligence necessary to obtain the accurate and reliable information requested by the Defendant will require additional time. Therefore, Plaintiff requests additional time to provide Defendant with complete and accurate information regarding the request for Interrogatories and Production.

3. This is Plaintiff's first request for an extension.

November 6, 2003. Granted. Counsel are reminded that the date for completing all discovery is March 30, 2004. So ordered.

Robert N. Chatigny, U.S.D.J.