UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

FILED

2003 NOV 20 P 3: 16

US DISTRICT COURT
HARTFORD CT

MELVIN DONEGAL
    Plaintiff,

v.

CYTEC INDUSTRIES, INC.
    Defendant.

Civil No. 3:03CV00580(RNC)

November 19, 2003

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME
IN WHICH TO RESPOND TO PLAINTIFF'S FIRST SET OF
INTERROGATORIES AND REQUESTS FOR PRODUCTION**

Pursuant to the Federal Rules of Civil Procedure and Local Rule 7(b) of this Court, the Defendant, Cytec Industries, Inc., respectfully requests a thirty (30) day extension of time, up to and including December 31, 2003, in which to respond and/or object to Plaintiff's First Set of Interrogatories and Requests for Production served by mail on October 29, 2003. In support of this Motion, the Defendant provides the following:

1.     On July 2, 2003, this Court approved the Report of Parties' Planning Meeting which set the deadline for closing discovery to March 30, 2004.

2.     The Plaintiff's First Set of Interrogatories are comprised of twenty-one (21) interrogatories and Plaintiff's Request for Production of Documents is comprised of twenty-one (21) requests for document production.

**ORAL ARGUMENT NOT REQUESTED**

3. Despite diligent efforts, Defendant needs additional time in which to gather information necessary to respond and/or object to Plaintiff's Interrogatories and Plaintiff's Requests for Production.

4. Defendant seeks additional time, up to and including December 31, 2003, in which to respond and/or object to the Plaintiff's Interrogatories and Requests for Production.

5. Defendant's counsel, Edward M. Richters, contacted Plaintiff's counsel, Eugene Axelrod, who stated that he does not object to the granting of this motion.

6. This is Defendant's first motion for extension of time to respond and/or object to Plaintiff's Interrogatories and Requests for Production.

WHEREFORE, the Defendant respectfully moves for an extension of time, up to and including December 31, 2003, in which to respond and/or object to Plaintiff's First Set of Interrogatories and Requests for Production served on the Defendant on October 29, 2003.

>DEFENDANT,
>CYTEC INDUSTRIES, INC.
>
>By: _____
>Edward M. Richters (ct 08043)
>Jennifer Tindall (ct 23000)
>Jackson Lewis LLP
>55 Farmington Avenue, Suite 1200
>Hartford, CT 0610
>(860) 522-0404

2

CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by first class mail, postage prepaid, on this 19th day of November, 2003, to the following counsel of record:

>Eugene N. Axelrod
>The Employment Law Group LLC
>8 Lunar Drive
>Woodbridge, CT 06525

>_____
>Edward M. Richters