UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MELVIN DONEGAL<br>Plaintiff,<br><br>v.<br><br>CYTEC INDUSTRIES, INC.<br>Defendant. | :<br>:<br>:  Civil No. 3:03CV00580(RNC)<br>:<br>:<br>:<br>:  November 19, 2003 |

### DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME IN WHICH TO RESPOND TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION

Pursuant to the Federal Rules of Civil Procedure and Local Rule 7(b) of this Court, the Defendant, Cytec Industries, Inc., respectfully requests a thirty (30) day extension of time, up to and including December 31, 2003, in which to respond and/or object to Plaintiff's First Set of Interrogatories and Requests for Production served by mail on October 29, 2003. In support of this Motion, the Defendant provides the following:

1. On July 2, 2003, this Court approved the Report of Parties' Planning Meeting which set the deadline for closing discovery to March 30, 2004.

2. The Plaintiff's First Set of Interrogatories are comprised of twenty-one (21) interrogatories and Plaintiff's Request for Production of Documents is comprised of twenty-one (21) requests for document production.

**ORAL ARGUMENT NOT REQUESTED**