UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MELVIN DONEGAL<br>Plaintiff | Case No. 3:03CV00580(RNC) |
| v. | |
| CYTEC INDUSTRIES, INC.<br>Defendant | December 8, 2003 |

### MOTION TO ENLARGE TIME TO RESPOND TO DEFENDANT'S FIRST REQUEST FOR INTERROGATORIES AND PRODUCTION

By and through the undersigned counsel, the Plaintiff, Melvin Donegal respectfully requests that the Court allow up to and including January 9, 2004 to respond to the Defendant's Request for Interrogatories and Production dated October 9, 2003.

In Support thereof, the Plaintiff offers the following:

1. Plaintiff Melvin Donegal is a resident of Connecticut.

2. This is the Plaintiff's second request for an extension.

3. Both parties have been engaged in intense settlement negotiations including a session before the Connecticut Department of Labor on December 1, 2003 and appear to be close to reaching a settlement.

4. However, issues remain to be worked out if possible.

5. The Plaintiff does not believe that this request would unduly hinder the administration of this case.

6. Pursuant to Local Rule 9(b)(2) of the Local Rules of Civil Procedure, counsel for the Plaintiff has inquired of counsel for the Defendant, who has not responded as to whether or not he is in agreement to this request.

[handwritten annotation: 12/15/03 Granted. Further extensions of this date will not likely to be granted. So ordered.]