UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MELVIN DONEGAL<br>Plaintiff, | : <br> : <br> : |
| v. | : Case No. 3:03CV00580(RNC) <br> : <br> : |
| CYTEC INDUSTRIES INC.<br>Defendant. | : <br> : December 24 2003 |

### STIPULATION TO DISMISSAL

The Plaintiff, Melvin Donegal, and the Defendant, Cytec Industries Inc., by their respective counsel, hereby stipulate to the dismissal of the above entitled action with prejudice and without costs or attorneys fees to either party.

PLAINTIFF,
MELVIN DONEGAL

By: _____          Date: December 24 2003
Eugene N. Axelrod
The Employment Law Group, LLC
8 Lunar Drive
Woodbridge, CT 06525
Tel. (203) 389-6526


DEFENDANT,
CYTEC INDUSTRIES, INC.

By: _____          Date: December 29, 2003
Edward M. Richters (ct 08043)
Jennifer C. Tindall (ct 23000)
Jackson Lewis LLP
55 Farmington Avenue, Suite 1200
Hartford, CT 06105
Tel. (860) 522-0404
Fax (860) 247-1330

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by certified mail, postage prepaid on the 31st day of March, 2004, to the following parties of record:

>Eugene N. Axelrod
>The Employment Law Group LLC
>8 Lunar Drive
>Woodbridge, CT 06525

_____
Edward M. Richters