UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

FILED

2004 MAR 31 P 12: 31

| | |
|---|---|
| MELVIN DONEGAL<br>Plaintiff, | : <br> : <br> : |
| v. | : Case No. 3:03CV00580(RNC) |
| CYTEC INDUSTRIES INC.<br>Defendant. | : <br> : <br> : December 24 2003 |

### STIPULATION TO DISMISSAL

The Plaintiff, Melvin Donegal, and the Defendant, Cytec Industries Inc., by their respective counsel, hereby stipulate to the dismissal of the above entitled action with prejudice and without costs or attorneys fees to either party.

PLAINTIFF,
MELVIN DONEGAL

By: _____           Date: December 24 2003
Eugene N. Axelrod
The Employment Law Group, LLC
8 Lunar Drive
Woodbridge, CT 06525
Tel. (203) 389-6526


DEFENDANT,
CYTEC INDUSTRIES, INC.

By: _____           Date: December 29, 2003
Edward M. Richters (ct 08043)
Jennifer C. Tindall (ct 23000)
Jackson Lewis LLP
55 Farmington Avenue, Suite 1200
Hartford, CT 06105
Tel. (860) 522-0404
Fax (860) 247-1330

FILED 2004 APR -1 A 10:45 U.S. DISTRICT COURT HARTFORD, CT

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court
By: _____ Deputy Clerk